IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IMRAN SHAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-CV-1871-N |
| HILLCREST DAVIDSON AND ASSOCIATES, *et al.*, | § § § § | |
| Defendants. | § § | |

# ORDER

This Order addresses Defendant Boss Exotics LLC's notice of proposed arbitrators [22]. The Court orders that the Honorable Glen Ashworth be appointed as arbitrator in this case. Where all of the issues raised must be submitted to arbitration, "[t]he weight of authority clearly supports dismissal of the case." *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992). Shams has informed the Court that he has resolved his claims against Defendants Hillcrest Davidson and Associates and Hartford Casualty Insurance Company. *See* Joint Status Report at 4 [20]. Because the claims against Boss Exotics are subject to arbitration, the Court dismisses the claims against Boss Exotics without prejudice. Because no claims remain in this case, the Court dismisses the case without prejudice.

Signed March 26, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE